1  Scott E. Shaffman, S.B.# 90276
2  98 Del Monte Ave., Suite 200
   Monterey, CA 93940
3  TEL: (831) 333-0321
   FAX: (831)333-9012
4  sshaffman@aol.com

5
   Attorney for Plaintiff,
6  BONG TRINH NGUYEN

7

8              **UNITED STATES DISTRICT COURT**

9
10             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11 **BANG TRINH NGUYEN**           ) CASE NO.: 4:21-cv-10089-YGR
                                   )
12                                 ) **STIPULATION FOR DISMISSAL WITH**
                                   ) **PREJUDICE OF ENTIRE CASE**;
13            **Plaintiff,**       )
       vs.                         ) [PROPOSED] **ORDER**
14                                 )
   **SUN LIFE ASSURANCE**          )
15 **COMPANY OF CANADA**           )
                                   )
16                                 )
                                   )
17                                 )
              **Defendants.**      )
18 ─────────────────────────────────

19
       IT IS HEREBY STIPULATED by and between Plaintiff BONG TRINH NGUYEN and
20
   Defendant SUN LIFE ASSURANCE COMPANY OF CANADA, by and through their counsel of record
21
   herein, that this entire action be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules
22
   of Civil Procedure.
23
       Each party will pay their own costs and attorney fees.
24
       Counsel for the filing party attests that concurrence in filing of this document has been obtained
25
   by each of the other signatories to this document. The conformed signatures herein shall serve in lieu
26

27 ─────────────────────────────────────────────────────────────  ─────────────────

28 Stipulation for Dismissal; Order                 1

of their original signatures on this document.  Upon order of this Court, this filing party shall produce

records which support the concurrence of all signatories to this document.

Dated: 08/17/2022          /s/ Scott E. Shaffman
SCOTT E. SHAFFMAN, Attorney for Plaintiff,
BANG TRINH NGUYEN


OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

Attorneys for Defendant,
SUN LIFE ASSURANCE COMPANY OF CANADA


Dated: 09/26/2022          By: /s/ Sean P. Nalty
SEAN P. NALTY


**IT IS SO ORDERED**.

Dated: 10/26/2022          _____
Yvonne Gonzalez Rogers
United States District Judge

Stipulation for Dismissal; Order                2